**JAKUB P. MEDRALA, ESQ.**
California Bar No. 280273
**The Medrala Law Firm, Prof. LLC**
615 S. 6th Street
Las Vegas, Nevada 89101
(702) 475-8884
(702) 938-8625 Facsimile
jmedrala@medralaw.com
*Attorney for Plaintiff Dan Bilzerian*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BILZERIAN, an Individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>IGNITE INTERNATIONAL BRANDS, LTD., a Foreign Corporation; IGNITE INTERNATIONAL, LTD., a Foreign Corporation; PAUL BILZERIAN, an Individual; SCOTT ROHLEDER, an Individual; and RUPY DHADWAR, an Individual,<br><br>    Defendants. | Case No. 2:25-cv-8882-CAS-MBK<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION TO STOP UNLAWFUL USE OF DAN BILZERIAN'S NAME, LIKENESS, AND IMAGES**<br><br>Hearing Date: January 12, 2026<br>Hearing Time: 10:00 a.m.<br>Judge:    Hon. Christina A. Snyder<br>Courtroom:   8D |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, January 12, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8D, 8th Floor of the First Street U.S. Courthouse, 350 W 1st St, Los Angeles, CA 90012, Plaintiff Dan Bilzerian ("Bilzerian"), by and through counsel, will move, and hereby moves, for

1

issuance of a preliminary injunction prohibiting the Defendants IGNITE INTERNATIONAL BRANDS, LTD.; IGNITE INTERNATIONAL, LTD.; PAUL BILZERIAN; SCOTT ROHLEDER; and RUPY DHADWAR (collectively, "Defendants") from using the Plaintiff's name, image, and likeness in any way that suggests the Plaintiff has endorsed and/or is presently associated with the Defendants' products. This should specifically include prohibiting the Defendants from making or maintaining social media posts that suggest the Plaintiff has endorsed or is presently associated with the Defendants' products.

    As set forth in further detail in the contemporaneously filed Memorandum of Points and Authorities, Defendants unlawfully used, and continue to use the Plaintiff's name, likeness and images to represent that Plaintiff currently and in an ongoing fashion endorses their product. Plaintiff respectfully requests that this court prohibit this unlawful and harmful use of the Plaintiff's identity by Defendants in promoting their products.

    DATED this 9th day of December, 2025.

                                          **THE MEDRALA LAW FIRM, PLLC**

                                          /s/ Jakub P. Medrala

                                          _____
                                          **JAKUB P. MEDRALA, ESQ.**
                                          California Bar No. 12822
                                         615 S. 6th Street
                                         Las Vegas, Nevada 89101
                                         *Attorney for Plaintiff*

## L.R. 11-6-6.1 CERTIFICATE OF COMPLIANCE

The undersigned counsel of record for Plaintiff Dan Bilzerian certifies that this brief contains 343 words, which complies with the 7,000-word limit of L.R. 11-6.1.

DATED this 9th day of December, 2025.

/s/ Jakub P. Medrala
_____
**JAKUB P. MEDRALA, ESQ.**

# CERTIFICATE OF SERVICE

I hereby declare that on this day, the above document was submitted to the electronic service system, which sent notification of such filings(s) to counsel of record for:

    IGNITE INTERNATIONAL BRANDS, LTD
    IGNITE INTERNATIONAL, LTD
    PAUL BILZERIAN
    SCOTT ROHLEDER
    RUPY DHADWAR

DATED this 9th day of December, 2025.

                  THE MEDRALA LAW FIRM, PLLC

                  /s/ Jakub P. Medrala
                  Jakub P. Medrala, Esq.
                  Attorney for Plaintiff