Docusign Envelope ID: C3145DFE-E4C7-43AC-9B78-B25AA588A37B

## <u>DECLARATION OF DAN BILZERIAN</u>

I, DAN BILZERIAN, declare under the penalty of perjury:

1. I am over 18 years of age, and I have personal knowledge of the facts and circumstances stated in this declaration.

2. I am the Plaintiff in the above-captioned action.

3. I am a resident of Nevada. I am the largest shareholder of Ignite International Brands, Ltd. ("Ignite Brands"), a lifestyle company selling disposable vapes, spirits, and apparel under the lifestyle brand "Ignite" that I founded in around 2017.

4. I am a former director and CEO of Ignite Brands. Ignite Brands is incorporated in British Columbia, with a principal place of business in Texas, the United States. To the best of my knowledge, Ignite Brands does not sell any products in British Columbia, or Canada. Ignite Brands' main connection to Canada is the fact that the company is incorporated there.

5. I have been involved with Ignite Brands since around 2017.

6. Until December 2023, I served as the nominal CEO of Ignite Brands. Until June 2024, I served as a Chairman of the Board of Ignite Brands. I was not directly involved in the company's operations except for product development and marketing.

7. Ignite International, LTD ("Ignite US") is a wholly owned subsidiary of Ignite Brands.

1

DECLARATION OF DAN BILZERIAN

8.  Within the corporate structure of Ignite Brands' business, Ignite US owns multiple intellectual property rights (trademarks, copyrights, etc.) that are then licensed to Ignite Brands.

9.  Ignite Brands – depending on the line of products and immediate business needs – conducts its business either directly, or through its fully-owned subsidiaries such as Ignite US.

10.  In the American market, Ignite US is responsible for sales of nicotine products such as electronic cigarettes and vapes.

11.  Since 2018, my brand "Ignite," as well as my name, likeness, personality, and life story, have been the essence of Ignite Brands' business, and I have been the "public face" of Ignite Brands. During my tenure as Ignite Brands' CEO, I allowed Ignite Brands to use my name, likeness, image, signature, and distinctive marks on a goodwill basis – at no cost to the company – for the purpose of marketing Ignite Brands' products and driving its sales and growth. I have never transferred or assigned my rights to my own name, likeness, image, signature, and distinctive marks, in whole or in part, to Ignite Brands or Ignite US for any purposes.

12.  I revoked Ignite Brands' and Ignite US's right to use my name and likeness in December 2023 when I was removed from the position of Ignite Brands' CEO.

DECLARATION OF DAN BILZERIAN

13. In the State of California, Ignite US sells its nicotine products through an extensive network of smoke shops and other retailers.

14. Attached as Exhibit 1 to this declaration is a true and correct copy of the January 5, 2025 printout from Ignite Brand's own website located at < https://puffignite.co/pages/store-locator-1>  currently showing more than thirty stores selling Ignite US's nicotine products in California.

15. In the American market, Ignite Brands is responsible for sales of alcohol products such as vodka and tequila.

16. That both Ignite Brands and Ignite US extensively market their products in the United States in general and California specifically, through use of my likeness, such as my pictures, videos, signatures, voice, and overall brand of mine.

17. Many of the pictures and videos that Ignite uses in advertising were taken in California where I resided until 2020.

18. That in California, I own a company Bilzerian Entertainment, LLC that is tasked with my business affairs in California.

19. Despite unlawfully removing me from Ignite Brands, the company, without my consent, continues to use my name, likeness, image in the form of pictures and videos on their social media accounts to promote sales of the company's products, including vapes, alcohol, clothing, and other products. For example, the company continues to use my name, likeness, and image on

3

DECLARATION OF DAN BILZERIAN

numerous websites and social media accounts that the Company controls (such as the Ignite International account on X, formerly Twitter).

20.　　That at least since 2023, all significant business decisions at Ignite were made by Paul Bilzerian, Scott Rohleder, and later, since June of 2024 Rupy Dhadwar.

21.　　That Paul Bilzerian, despite not having any formal position with Ignite Brands, is the decision maker at Ignite Brands, and controls all aspects of its business, such as marketing, sales, distribution, finance and human resources.

22.　　I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  1/5/2026        in Las Vegas, Nevada.

Signed by:

_____
Dan Bilzerian

4

DECLARATION OF DAN BILZERIAN